David W. Newman, ISBN 8251
Assistant United States Trustee
Brett R. Cahoon, ISBN 8607
Office of the United States Trustee
United States Department of Justice
720 Park Blvd, Ste. 220
Boise, Idaho 83712
(208) 334-1300
(208) 334-9756 [Facsimile]
ustp.region18.bs.ecf@usdoj.gov

Attorneys for the Acting United States Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>NATHAN W. PYLES,<br><br>Debtor. | Case No. 17-01459-JMM<br>Chapter 7 |
| ACTING UNITED STATES TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN W. PYLES,<br><br>Defendant. | Adv. No. 18-06029-JMM |

**ACTING UNITED STATES TRUSTEE'S MOTION TO VACATE TRIAL AND
DISMISS ADVERSARY PROCEEDING**

1

> **Notice of Motion and Opportunity to Object and for a Hearing**
>
> <u>No Objection</u>. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 14 days of the date of service of this notice.
>
> If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> <u>Objection</u>. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.
>
> <u>Hearing on Objection</u>. The objecting party shall also contact the court's calendar clerk to schedule

The Acting United States Trustee, pursuant to Federal Rule of Bankruptcy Procedure 7041, moves the Court for an order vacating the trial in this case and dismissing this adversary proceeding with the parties to bear their own respective costs and attorneys' fees. A copy of the parties' Stipulation To Dismiss Complaint Objecting To Discharge Under 11 U.S.C. § 727(a) is attached hereto as Exhibit 1. The United States Trustee has reviewed Defendants' responses to discovery and has determined that in the exercise of his prosecutorial discretion, this adversary proceeding should be dismissed. The trial in the adversary proceeding is currently set for January 14 through January 16, 2020.

Wherefore, the Acting United States Trustee respectfully moves the Court for an order dismissing this adversary proceeding with the parties to bear their own respective costs and attorneys' fees.

Date:  October 23, 2019               GREGORY M. GARVIN
                                      Acting United States Trustee for Region 18

                                      /s/ David W. Newman
                                      DAVID W. NEWMAN
                                      Attorney for Plaintiff
                                      Acting United States Trustee
                                      [Non CM/ECF e-mail david.w.newman@usdoj.gov]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 23, 2019, I caused to be filed a copy of the foregoing electronically through the CM/ECF system, which causes the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jeffrey P. Kaufman (Defendant's Counsel)

AND I FURTHER CERTIFY that on such date I caused to be served the foregoing on the following non-CM/ECF Registered Participants via first class mail, postage prepaid addressed as follows:

(Chapter 7 Trustee)
Gary L Rainsdon
POB 506
Twin Falls, ID 83303

(Chapter 7 Trustee's attorney)
Jason Ronald Naess
Parson, Smith, Stone, Loveland, Shirley
POB 910
Burley, ID 83318

(Debtor)
Nathan W. Pyles
6401 W Overland
Meridian, ID 83642

Date: October 23, 2019

/s/ David W. Newman
DAVID W. NEWMAN

David W. Newman, ISBN 8251
Assistant United States Trustee
Brett R. Cahoon, ISBN 8607
Office of the United States Trustee
United States Department of Justice
720 Park Blvd, Ste. 220
Boise, Idaho 83712
(208) 334-1300
(208) 334-9756 [Facsimile]
ustp.region18.bs.ecf@usdoj.gov

Attorneys for the Acting United States Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>NATHAN W. PYLES,<br><br>Debtor. | Case No. 17-01459-JMM<br>Chapter 7 |
| ACTING UNITED STATES TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN W. PYLES,<br><br>Defendant. | Adv. No. 18-06029-JMM |

### STIPULATION TO DISMISS ADVERSARY COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727(a)

Plaintiff Gregory M. Garvin, Acting United States Trustee ("United States Trustee"), and Defendant Nathan W. Pyles, hereby stipulate that the United States Trustee's Complaint Objecting to Discharge Under 11 U.S.C. § 727(a) shall be dismissed, subject to the Court entering an order dismissing the complaint, and that the parties shall bear their own respective

1                                EXHIBIT 1

costs and attorney's fees.

Date: Oct 22, 2019

JEFFREY P. KAUFMAN

*/s/ Jeffrey P. Kaufman*
JEFFREY P. KAUFMAN
Attorney for Defendant
Nathan W. Pyles

Date: October 23, 2019

GREGORY M. GARVIN
Acting United States Trustee for Region 18

/s/ David W. Newman
DAVID W. NEWMAN
Attorney for Plaintiff
Acting United States Trustee
[Non CM/ECF e-mail
david.w.newman@usdoj.gov]